UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RS FIT NW LLC[1] | ) | Case No. 20-11568 (KBO) |
| | ) | |
| Reorganized Debtor | ) | |

| | | |
|---|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Judge Karen B. Owens |
| 24 HOUR FITNESS WORLDWIDE, INC. AND RS FIT NW LLC, | ) | Adversary No. 21-50759(KBO) |
| Defendants. | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule of Bankruptcy Procedure 9010-1 and the attached Certification, counsel moves the admission *pro hac vice* of Andrew T. Perry, Esquire to represent Starr Indemnity & Liability Company in the above Adversary Action.

Dated: June 21, 2021

*/s/ Deirdre M. Richards*
Deirdre M. Richards (No.4191)
Fineman Krekstein & Harris, PC
1300 N. King Street
Wilmington, DE 19801
Telephone: (302) 538-8331; Fax: (302) 394- 9228
drichards@finemanlawfirm.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, as applicable, is RS FIT NW LLC (9372). By order dated March 16, 2021 [RS FIT Docket No. 7], the remaining reorganized debtor affiliates' (the "Reorganized Debtors") chapter 11 cases were closed. The Reorganized Debtors' corporate headquarters and service address is 24 Hour Fitness USA, Inc., 1265 Laurel Tree Lane, Carlsbad, CA 92011.

{01763857;v1}

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Colorado and North Carolina and the United States Bankruptcy Courts for the Eastern, Middle and Western Districts of North Carolina and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or the course of this action. I also certify that I am generally familiar with this Court's local rules and with the revised Standing Order for the District Court Fund effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

/s/Andrew T. Perry
Andrew T. Perry, Esquire
Foran Glennon
700 17th Street, Suite 1350
Denver, Colorado 80202
Telephone**:** (720) 336-2240
aperry@fgppr.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Andrew T. Perry, Esquire in this Adversary Action is GRANTED.