# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RS FIT NW LLC.[1] | ) | Case No. 20-11568 (KBO) |
| | ) | |
| | ) | |
| Reorganized Debtor | ) | |
| | ) | |

_____

| | | |
|---|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Karen B. Owens |
| | ) | |
| 24 HOUR FITNESS WORLDWIDE, INC. AND RS FIT NW LLC, | ) ) | Adversary No. 21-50759(KBO) |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule of Bankruptcy Procedure 9010-1 and the attached Certification, counsel moves the admission *pro hac vice* of Susan N.K. Gummow, Esquire to represent Starr Indemnity & Liability Company in the above Adversary Action.

Dated: June 23, 2021

*/s/ Deirdre M. Richards*
Deirdre M. Richards (No.4191)
Fineman Krekstein & Harris, PC
1300 N. King Street
Wilmington, DE 19801
Telephone: (302) 538-8331; Fax: (302) 394- 9228
drichards@finemanlawfirm.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, as applicable, is RS FIT NW LLC (9372). By order dated March 16, 2021 [RS FIT Docket No. 7], the remaining reorganized debtor affiliates' (the "Reorganized Debtors") chapter 11 cases were closed. The Reorganized Debtors' corporate headquarters and service address is 24 Hour Fitness USA, Inc., 1265 Laurel Tree Lane, Carlsbad, CA 92011.

{01763856;v1}

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, the United States District Court for the Northern District of Illinois and the United States Court of Appeals for the Second Circuit and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or the course of this action. I also certify that I am generally familiar with this Court's local rules and with the revised Standing Order for the District Court Fund effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

/s/ Susan N.K. Gummow
Susan N. K. Gummow, Esquire
Foran Glennon
222 N. LaSalle Street, Suite 1400
Chicago, Illinois 60601
Telephone**:** (312) 863-5055
sgummow@fgppr.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Susan N.K. Gummow, Esquire in this Adversary Action is GRANTED.

{01763856;v1}