**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RS FIT NW LLC, | Case No. 20-11568 (KBO) |
| Reorganized Debtor.[1] | |
| STARR INDEMNITY & LIABILITY COMPANY, | |
| Plaintiff, | Judge Karen B. Owens |
| v. | Adversary No. 21-50759 |
| 24 HOUR FITNESS WORLDWIDE, INC. AND RS FIT NW LLC, | |
| Defendants. | |

## AFFIDAVIT OF SERVICE

I, Liliya Kulyk, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Reorganized Debtor in the above-captioned chapter 11 case.

On July 12, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via email on Plaintiff's Counsel Service List attached hereto as **Exhibit A**:

- Certification of Counsel Regarding Order Approving Stipulation Extending Deadline to Answer or Otherwise Respond to the Complaint [Docket No. 10]

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, as applicable, is RS FIT NW LLC (9372). By order dated March 16, 2021 [Docket No. 7], the remaining Reorganized Debtors' chapter 11 cases were closed. The Reorganized Debtors' corporate headquarters and service address is 24 Hour Fitness USA, Inc., 1265 Laurel Tree Lane, Carlsbad, CA 92011.

Dated: July 15, 2021

*/s/ Liliya Kulyk*
Liliya Kulyk

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 15, 2021, by Liliya Kulyk, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2022

SRF 55110

## Exhibit A

## Exhibit A
Plaintiff's Counsel Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Fineman Krekstein & Harris, PC | Attn: Deirdre M. Richards | drichards@finemanlawfirm.com |
| Foran Glennon Palandech Ponzi & Rudloff, PC | Attn: Susan N.K. Gummow, Andrew T. Perry, Shannon M. Geier | sgummow@fgppr.com; aperry@fgppr.com; sgeier@fgppr.com |