UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RS FIT NW LLC,<br><br>            Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 20-11568 (KBO) |
| **STARR INDEMNITY & LIABILITY COMPANY,**<br><br>            Plaintiffs,<br><br>v.<br><br>**24 HOUR FITNESS WORLDWIDE, INC. AND RS FIT NW LLC,**<br><br>            Defendants. | Judge Karen B. Owens<br><br>Adversary No. 21-50759 |

## AFFIDAVIT OF SERVICE

I, Jeff BloisseBaez, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Reorganized Debtor in the above-captioned chapter 11 case.

On July 13, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by email on the Plaintiff's Counsel Email Service List attached hereto as **Exhibit A**:

- Order Approving Stipulation Extending Deadline to Answer or Otherwise Respond to the Complaint [Docket No. 11]

*[Remainder of page intentionally left blank]*

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, as applicable, is RS FIT NW LLC (9372). By order dated March 16, 2021 [Docket No. 7], the remaining Reorganized Debtors' chapter 11 cases were closed. The Reorganized Debtors' corporate headquarters and service address is 24 Hour Fitness USA, Inc., 1265 Laurel Tree Lane, Carlsbad, CA 92011.

SRF 55152

Dated: July 16, 2021

                                                                              */s/ Jeff BloisseBaez*
                                                                              Jeff BloisseBaez

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 16, 2021, by Jeff BloisseBaez, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Liz Santodomingo*
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022

**Exhibit A**

## Exhibit A
Plaintiff's Counsel Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| FINEMAN KREKSTEIN & HARRIS, PC | Attn: Deirdre M. Richards | drichards@finemanlawfirm.com |
| FORAN GLENNON PALANDECH PONZI & RUDLOFF, PC | Attn: Susan N.K. Gummow, Andrew T. Perry, Shannon M. Geier | sgummow@fgppr.com; aperry@fgppr.com; sgeier@fgppr.com |